# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO FINJAN HOLDINGS LLC <br><br> <u>Underlying Case in the Southern District of California</u>: <br><br> FINJAN LLC, <br><br>     Plaintiff/Counter-Defendant, <br><br> v. <br><br> ESET, LLC and ESET, SPOL. S.R.O., <br><br>     Defendants/Counter-Plaintiffs. | Miscellaneous Case No. <br><br> Case: 1:21−mc−00031 <br> Assigned To : Friedrich, Dabney L. <br> Assign. Date : 3/16/2021 <br> Description: Misc. <br><br><br> Case No. 3:17-cv-00183-CAB-BGS |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
## DIRECTED TO FINJAN HOLDINGS LLC

45883305.1

ESET, LLC and ESET, SPOL. S.R.O. ("Movants"), Defendants/Counter-Plaintiffs in the underlying case, through their undersigned counsel, move this Court for an Order pursuant to Fed. R. Civ. P. 37 and Fed. R. Civ. P. 45, compelling third party Finjan Holdings LLC ("Finjan Holdings") to comply with a subpoena issued by Movants in the matter *Finjan LLC v. ESET, LLC, et al.*, 3:17-cv-0183-CAB-BGS (pending in the United States District Court for the Southern District of California) (the "Underlying Action"), by producing documents in compliance with the subpoena by dates certain to be set by the Court, and for such other and further relief as the Court deems just and proper.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Regis C. Worley, Jr., Esq., dated March 15, 2021, with the exhibits thereto, the record in the Underlying Action, the facts of which the Court may take judicial notice, and any other papers submitted in support of the Motion.

Pursuant to Local Civil Rule 7(m), Movants have conferred with Finjan Holdings, which does not consent to this motion. A proposed order is included with this Motion.

Dated:  March 16, 2021       Respectfully submitted,

       *[signature]*
       _____
       LEWIS S. WIENER (D.C. Bar. 414479)
           LewisWiener@eversheds-sutherland.us
       NICOLA A. PISANO (*pro hac vice* forthcoming)
           nicolapisano@eversheds-sutherland.us
       REGIS C. WORLEY (*pro hac vice* forthcoming)
           regisworley@eversheds-sutherland.us
       EVERSHEDS SUTHERLAND (US) LLP
       12255 EL CAMINO REAL, SUITE 100
       SAN DIEGO, CA 92130
       TELEPHONE:  (858) 252-6502
       FACSIMILE:  (858) 252 -6503

       *Attorneys for Defendants/Counter-Plaintiffs*
       *ESET, LLC and ESET, SPOL. S.R.O*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Finjan Holdings LLC via electronic mail at Finjan-ESET_Fish-Service@fr.com and Amon@fr.com and via U.S. Mail to counsel for Finjan Holdings LLC and the Plaintiff in the underlying action addressed as follows:

**VIA U.S. MAIL**

Juanita Brooks (brooks@fr.com)
Roger A. Denning (denning@fr.com)
Jason W. Wolff (wolff@fr.com)
Michael A. Amon (amon@fr.com)
K. Nicole Williams (nwilliams@fr.com)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

**COURTESY COPY VIA ELECTRONIC MAIL**:

Lawrence Jarvis (jarvis@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone:    (404) 892-5005
Facsimile:    (404) 892-5002

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  March 16, 2021                             Respectfully submitted,

                                                   _____
                                                   LEWIS S. WIENER (D.C. Bar. 414479)
                                                   LewisWiener@eversheds-sutherland.us