# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO FINJAN HOLDINGS LLC | Miscellaneous Case No. 21-mc-00031(DLF) |
| <u>Underlying Case in the Southern District of California:</u><br><br>FINJAN LLC,<br><br>　　　Plaintiff/Counter-Defendant,<br><br>　　　v.<br><br>ESET, LLC and ESET SPOL. S.R.O.,<br><br>　　　Defendants/Counter-Plaintiffs. | Case No. 17-cv-0183 CAB (BGS) |

**JOINT MOTION TO STAY MISCELLANEOUS ACTION
AND RELATED PROCEEDINGS**

**JOINT MOTION TO STAY MISCELLANEOUS ACTION
AND RELATED PROCEEDINGS**

1

ESET, LLC and ESET, spol. s.r.o. ("Movants"), Defendants/Counter-Plaintiffs in the Underlying Action (defined below), and Finjan Holdings LLC ("Finjan Holdings") (collectively, "the parties"), jointly move this Court for an order staying proceedings in the above-titled Miscellaneous Action, including the motion to compel Finjan Holdings to comply with a subpoena issued by Movants in the matter *Finjan LLC v. ESET, LLC, et al.*, 3:17-cv-0183-CAB-BGS (pending in the United States District Court for the Southern District of California) (the "Underlying Action").

WHEREAS on March 29, 2021, the United States District Court for the Southern District of California issued an order severing United States Patent No. 7,975,305 and staying the litigation of the '305 patent in the Underlying Action pending a final determination of the Court's order finding the remaining five of the six patents-at-issue invalid for indefiniteness. *See* Dkt. No. 871, 3:17-cv-0183-CAB-BGS.

WHEREAS discovery is currently stayed in the Underlying Action.

WHEREAS Movants' filing of this Miscellaneous Action and the motion to compel and corresponding subpoena directly relate to the stayed discovery in the Underlying Action.

WHEREAS the parties agree that staying the motion to compel Finjan Holdings to comply with the subpoena issued by Movants in Underlying Action will further judicial efficiencies in this Miscellaneous Action.

NOW THEREFORE, the parties respectfully jointly request that the Court stay the Miscellaneous Action, including briefing on the motion to compel Finjan Holdings to comply with the subpoena issued by Movants in Underlying Action until the United States District Court for the Southern District of California lifts the stay or permits additional discovery for the Underlying Action, whichever is earlier.

DATED:  April 2, 2021                    Respectfully Submitted,

By:   */s/ Lewis S. Wiener*
LEWIS S. WIENER (D.C. Bar. 414479)
LewisWiener@eversheds-sutherland.us
NICOLA A. PISANO (pro hac vice forthcoming)
nicolapisano@eversheds-sutherland.us
REGIS C. WORLEY (pro hac vice forthcoming)
regisworley@eversheds-sutherland.us
EVERSHEDS SUTHERLAND (US) LLP
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CA 92130
TELEPHONE: (858) 252-6502
FACSIMILE: (858) 252-6503

Attorneys for Defendants/Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O

DATED:  April 2, 2021                    Respectfully Submitted,

By:   */s/ Lauren Degnan*
Lauren Degnan (SBN 452421)
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W. Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Jason W. Wolff, wolff@fr.com (*pro hac vice* forthcoming)
Michael A. Amon, amon@fr.com (*pro hac vice* forthcoming)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff/Counter-Defendant
Finjan Holdings LLC

**JOINT MOTION TO STAY MISCELLANEOUS ACTION
AND RELATED PROCEEDINGS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 2, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system, electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Lauren Degnan*
Lauren Degnan (SBN 452421)
lad@fr.com